UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____x<br>:<br>MICHAEL MANLEY, :<br> :<br>Petitioner, :<br> :<br> :<br> :<br>v. :<br> :<br>CARL C. DANBERG, Commissioner, :<br>Delaware Department of Correction; and :<br>THOMAS L. CARROLL, Warden, :<br>Delaware Correctional Center at Smyrna, :<br> :<br>Respondents. :<br>_____x | | Civil Action<br>No. 07-472<br><br>CAPITAL HABEAS |

**PETITIONER'S NOTICE OF FILING**

**PLEASE TAKE NOTICE** that Petitioner, Michael Manley, hereby files the attached document (*Sworn Affidavit of Indigency and Request for Services from the Federal Community Defender, Eastern District of Pennsylvania, Capital Habeas Corpus Unit*), as an exhibit to his previously filed *Motion for Appointment of Federal Habeas Corpus Counsel Pursuant to 21 U.S.C. § 848(q) and* <u>McFarland v. Scott</u>, *and for an Order Permitting Petitioner to Proceed In Forma Pauperis*.

Respectfully submitted,

/s/ Michael Wiseman

_____
Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Keisha Hudson, Esq.
Research & Writing Specialist
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center Building, 545 West
Philadelphia, PA 19106
215-928-0520

Dated:  Philadelphia, PA.
        August 10, 2007

## CERTIFICATE OF SERVICE

I hereby affirm under penalty of perjury that on this 10th day of August 2007, I served the foregoing upon the following person by United States Mail, first class postage, prepaid, for delivery to counsel for the Respondent:

Loren C. Meyers, Esquire
Deputy Attorney General
820 North French Street, 7th Floor
Wilmington, DE 19801

James Wade, Esq.
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 306
Harrisburg, PA 17101

Anne Saunders, Esq.
Assistant Federal Public Defender
Middle District of Pennsylvania
Capital Habeas Corpus Unit
100 Chestnut Street, Suite 306
Harrisburg, PA 17101

/s/ Michael Wiseman
_____
Michael Wiseman

## SWORN AFFIDAVIT OF INDIGENCY AND REQUEST FOR SERVICES FROM THE FEDERAL COMMUNITY DEFENDER, EASTERN DISTRICT OF PENNSYLVANIA, CAPITAL HABEAS CORPUS UNIT

I, Michael Manley, hereby declare, affirm, and verify pursuant to 28 U.S.C. § 1746 and 10 Del. C. § 8802-8804 that:

1) I am a prisoner held in the custody of the State of Delaware;

2) I have been sentenced to death as a result of a Delaware conviction;

3) I have exhausted my direct appeals and do not have an attorney to represent me in post-conviction proceedings;

3) I wish to pursue all post-conviction proceedings available to me in all courts, including federal courts and the state courts of Delaware;

4) I cannot afford to retain an attorney for these purposes;

    a) I presently have $ 16.69 in my prison account;

    b) My annual prison wage is approximately $ 0 ;

    c) I have other annual income of $ 0 , derived from the following source(s):

    _____
    _____
    _____
    _____

5) I have requested that the Federal Defender Capital Habeas Unit for the Eastern District of Pennsylvania represent me for the purposes of obtaining conflict counsel.

All of my statements herein are true and correct to the best of my knowledge and belief.

_____
Michael Manley

Aug. 1, 2007
DATE