UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------- x
:
MICHAEL MANLEY,                          :       Civil Action 07-472
                                         :       No. 07-_____
         Petitioner,                     :
                                         :
                                         :       CAPITAL HABEAS
     v.                                  :
                                         :
CARL C. DANBERG, Commissioner,           :
Delaware Department of Correction; and   :
THOMAS L. CARROLL, Warden,               :
Delaware Correctional Center at Smyrna,  :
                                         :
         Respondents.                    :
---------------------------------------- x

## ORDER

And Now, this 14th day of August, 2007 upon consideration of Petitioner's *Motion for Appointment of Federal Habeas Corpus Counsel Pursuant to 21 U.S.C. § 848(q) and McFarland v. Scott, and for an Order Permitting Petitioner to Proceed In Forma Pauperis*, and the position of Respondents with respect to this *Motion*, it is hereby ORDERED:

1. Petitioner's Motion is granted.

2. The Capital Habeas Corpus Unit of the Federal Public Defender for the Middle District of Pennsylvania is assigned to represent Petitioner in these habeas corpus proceedings.

3. Petitioner is permitted to proceed *in forma pauperis*.

4. Counsel are ordered to file a petition for habeas corpus relief within 120 days of the date of this order.



United States District Judge

FILED
AUG 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE