**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICHAEL MANLEY, | : | |
|     Petitioner | : | CIVIL DOCKET: 1:07-CV-00472 |
| | : | |
| v. | : | CAPITAL HABEAS |
| | : | |
| CARL C. DANBERG, Commissioner, | : | |
| Delaware Department of Correction; and | : | JUDGE GREGORY M. SLEET |
| THOMAS L. CARROLL, Warden, | : | |
| Delaware Correctional Center at Smyrna, | : | **Electronically Filed** |
|     Respondents | : | |

**ENTRY OF APPEARANCE**

    Kindly enter my appearance on behalf of Petitioner, Michael Manley, in the above-captioned matter.

    Respectfully submitted,

Date: September 12, 2007    By:    s/ Beth A. Muhlhauser
    BETH A. MUHLHAUSER, ESQUIRE
    Asst. Federal Public Defender
    Attorney ID #PA 74181
    100 Chestnut Street, Suite 306
    Harrisburg, PA 17101
    Tel. No. (717) 782-3843
    Fax. No. (717) 782-3966
    Email: Beth_Muhlhauser@fd.org
    Attorney for Michael Manley

**CERTIFICATE OF SERVICE**

I, Beth A. Muhlhauser, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing **Entry of Appearance** by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Loren C. Meyers, Esquire
Deputy Attorney General
820 North French Street, 7th Floor
Wilmington, DE 19801

and by the Court's electronic filing system to:

Michael Wiseman, Esquire
Email:  Michael_Wiseman@fd.org

Date: September 12, 2007                              Respectfully submitted,


                                                      By: s/ Beth A. Muhlhauser
                                                      BETH A. MUHLHAUSER, ESQUIRE
                                                      Asst. Federal Public Defender
                                                      Attorney ID #PA 74181
                                                      100 Chestnut Street, Suite 306
                                                      Harrisburg, PA 17101
                                                      Tel. No. (717) 782-3843
                                                      Fax. No. (717) 782-3966
                                                      Email: Beth_Muhlhauser@fd.org
                                                      Attorney for Michael Manley