UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MANLEY, | : | |
|     Petitioner | : | CIVIL DOCKET: 1:07-CV-00472 |
| | : | |
| v. | : | CAPITAL HABEAS |
| | : | |
| CARL C. DANBERG, Commissioner, | : | |
| Delaware Department of Correction; and | : | JUDGE GREGORY M. SLEET |
| THOMAS L. CARROLL, Warden, | : | |
| Delaware Correctional Center at Smyrna, | : | **Electronically Filed** |
|     Respondents | : | |

**PETITIONER'S MOTION FOR AN ADDITIONAL FORTY-FIVE DAYS
IN WHICH TO FILE HIS PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner, MICHAEL MANLEY, respectfully requests an additional forty-five (45) days in which to investigate and prepare Petitioner's first counseled Petition for Writ of Habeas Corpus. In support of this motion, Petitioner states the following:

1. On July 30, 2007, Petitioner filed a Motion for Appointment of Federal Habeas Corpus Counsel under 21 U.S.C. § 848(q)(4), and Leave to Proceed *In Forma Pauperis*.

2. On August 14, 2007, the Court entered an Order: granting Petitioner's request to proceed *in forma pauperis*, appointing undersigned counsel to represent Petitioner, and granting Petitioner 120 days to file his Petition for Writ of Habeas Corpus, or, on December 12, 2007.

3. Habeas corpus is not simply an appellate proceeding, but rather an original civil action in a federal court. See, e.g., Browder v. Director, Illinois Dept. of Corrections, 434 U.S. 257, 269 (1978); Neely v. United States, 546 F.2d 1059, 1065 (3d Cir. 1976). A proper,

counseled habeas petition can be prepared only after counsel has both reviewed the existing record and conducted an exhaustive extra-record investigation of the case.

4.      Since being appointed, undersigned counsel have worked diligently to obtain the record of the case from prior counsel and other sources, to obtain prior defense counsel's files, to review the state court record and counsel's files, and to conduct the necessary independent investigation of the facts that collectively are a prerequisite to identifying, developing, and preparing Petitioner's claims in this capital case.

5.      Habeas counsel have made substantial progress in reviewing the record, counsel's files, and conducting an independent investigation.  However, as a result both of the complexity of the case and counsel's other obligations, counsel do not expect to be able to complete their required review and investigation in time to file a professionally appropriate counseled petition by the present due date of December 12, 2007.  Accordingly, Petitioner respectfully requests an additional forty-five (45) days in which to file his petition.

6.      By way of illustration, Petitioner sets forth below counsel's other recent work during the investigation and preparation of the habeas petition in this case:

7.      Counsel's obligations since being appointed include: the filing of a brief in opposition to Respondents' appeal of order granting discovery in Chambers v. Beard, Civil No. 3:06-0980 (M.D. Pa. Sept. 4, 2007) (Nealon, D.J.) (non-capital); the filing of a reply brief to Respondents' brief in opposition to Petitioner's habeas in Young v. Grace, Civil No.  3:07-CV-016 (M.D. Pa. Sept. 19, 2007) (Vanaskie, J.) (non-capital);  the filing of amendments and a discovery motion in Bridges v. Beard, Civil No. 2:06-cv-00268 (E.D. Pa. Oct. 31, 2007) (Brody, J.) (capital); and the filing of a memorandum of law in support of the habeas petition in Marinelli

v. Beard, No. 4:07-cv-00173 (M.D. Pa. Nov. 13, 2007) (Jones, J.)    Attorney Saunders also has a reply/traverse presently due in Spotz v. Beard, No. 3:06-cv-955 (M.D. Pa.) (Munley, J.) (capital) on December 7, 2007.

      8.    Accordingly, Petitioner respectfully requests an additional forty-five (45) days in order to file the Petition for a Writ of Habeas Corpus.

      9.    This request is made in good faith because of counsel's ethical obligations to provide professionally appropriate representation in this capital case and is not predicated on any intent to delay.

      10.    Pursuant to D. Del. LR 7.1.1, counsel has contacted counsel for Respondents, Deputy Attorney General Loren C. Myers, and left messages seeking agreement in this *Motion*. As of the time of filing, counsel has not yet heard back from Respondents on this request

      11.    Pursuant to D.Del. LR 16.4(b), counsel hereby certifies that a copy of this *Motion* has been sent to Petitioner.

WHEREFORE, for the above reasons, Petitioner respectfully requests that the Court grant Petitioner an additional forty-five days, or until January 26, 2008 to file his Petition for a Writ of Habeas Corpus.

Respectfully submitted,

Date:   November 30, 2007

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
BETH ANN MUHLHAUSER, ESQUIRE,
Asst. Federal Public Defender
Attorney ID #PA 74181
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
(Beth_Muhlhauser@fd.org)

Attorneys for Michael Manley

## CERTIFICATE OF SERVICE

I, Beth A. Muhlhauser, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing **Motion** by placing a copy in the United States mail, first class, in Harrisburg, Pennsylvania, addressed to the following:

> Loren C. Meyers, Esquire
> Deputy Attorney General
> 820 North French Street, 7th Floor
> Wilmington, DE 19801

Date: November30, 2007                    Respectfully submitted,

By: s/ Beth Ann Muhlhauser
BETH ANN MUHLHAUSER, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 74181
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax. No. (717) 782-3966
Email: Beth_Muhlhauser@fd.org
Attorney for Michael Manley