UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MANLEY, | : | |
|     Petitioner | : | CIVIL DOCKET: 1:07-CV-00472 |
| | : | |
| v. | : | CAPITAL HABEAS |
| | : | |
| CARL C. DANBERG, Commissioner, | : | |
| Delaware Department of Correction; and | : | JUDGE GREGORY M. SLEET |
| THOMAS L. CARROLL, Warden, | : | |
| Delaware Correctional Center at Smyrna, | : | **Electronically Filed** |
|     Respondents | : | |

**PETITIONER'S MOTION FOR AN ADDITIONAL THIRTY DAYS
IN WHICH TO FILE HIS PETITION FOR A WRIT OF HABEAS CORPUS**
_____

    Petitioner, MICHAEL MANLEY, respectfully requests an additional thirty (30) days in which to investigate and prepare Petitioner's first counseled Petition for Writ of Habeas Corpus. In support of this motion, Petitioner states the following:

    1.    On July 30, 2007, Petitioner filed a Motion for Appointment of Federal Habeas Corpus Counsel under 21 U.S.C. § 848(q)(4), and Leave to Proceed *In Forma Pauperis*.

    2.    On August 14, 2007, the Court entered an Order: granting Petitioner's request to proceed *in forma pauperis*, appointing undersigned counsel to represent Petitioner, and granting Petitioner 120 days to file his Petition for Writ of Habeas Corpus, or, on December 12, 2007.

    3.    On November 30, 2007, Petitioner filed a motion for an additional forty-five (45) days in which to file his Petition for Writ of Habeas Corpus, which the Court granted the same

day. The Petition is currently due on January 25, 2008.

4. In addition to their work in this case, over the last forty-five days undersigned counsel have been responsible for the preparation and filing of the consolidated traverse to Respondents' answer to Petitioner's habeas and reply to Respondents' response to Petitioner's third motion for discovery in Bridges v. Beard, Civil No. 2:06-CV-00268 (E.D. Pa. Dec. 26, 2007) (Brody, J.)(capital); the preparation and filing of a reply/traverse in Spotz v. Beard, No. 3:06-cv-955 (M.D. Pa. Jan. 4, 2008) (Munley, J.) (capital); and currently have a Third Step Brief due in the United States Court of Appeals for the Third Circuit in United States of America v. Hammer, 06-9000 & 06-9001 on February 4, 2008.

5. The record in this case includes, but is not limited to: 18 volumes of transcripts from the pretrial proceedings, jury selection and capital trial that occurred in 1996; 22 volumes of transcripts from the pretrial, jury selection and capital resentencing proceedings that took place in 2005; as well as several hundred pages of discovery, investigation reports, and other documents from prior counsel's files.

6. Counsel have been diligent and made significant progress in collecting and reviewing the voluminous record and conducting the required investigation in preparation for Petitioner's Petition for a Writ of Habeas Corpus, but do not expect to complete it by January 25, 2008. In light of these considerations, counsel respectfully request an additional thirty days, or until February 24, 2008, in order to complete the Petition.

7. Habeas corpus is not simply an appellate proceeding, but rather an original civil action in a federal court. See, e.g., Browder v. Director, Illinois Dept. of Corrections, 434 U.S. 257, 269 (1978); Neely v. United States, 546 F.2d 1059, 1065 (3d Cir. 1976). A proper,

counseled habeas petition can be prepared only after counsel has both reviewed the existing record and conducted an exhaustive extra-record investigation of the case.

8. Accordingly, Petitioner respectfully requests an additional thirty (30) days in order to file the Petition for a Writ of Habeas Corpus.

9. This request is made in good faith because of counsel's ethical obligations to provide professionally appropriate representation in this capital case and is not predicated on any intent to delay.

10. Pursuant to D. Del. LR 7.1.1, counsel has contacted counsel for Respondents, Deputy Attorney General Loren C. Myers, who indicated that Respondents concur in this *Motion*.

11. Pursuant to D.Del. LR 16.4(b), counsel hereby certifies that a copy of this *Motion* has been sent to Petitioner.

WHEREFORE, for the above reasons, Petitioner respectfully requests that the Court grant Petitioner an additional thirty (30) days, or until February 24, 2008 to file his Petition for a Writ of Habeas Corpus.

Respectfully submitted,

Date:   January 22, 2008

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
BETH ANN MUHLHAUSER, ESQUIRE,
Asst. Federal Public Defender
Attorney ID #PA 74181
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
(Beth_Muhlhauser@fd.org)

Attorneys for Michael Manley

**CERTIFICATE OF SERVICE**

I, Beth A. Muhlhauser, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing **Motion** by placing a copy in the United States mail, first class, in Harrisburg, Pennsylvania, addressed to the following:

Loren C. Meyers, Esquire
Deputy Attorney General
820 North French Street,
7th Floor
Wilmington, DE 19801

Date: January 22, 2008                          Respectfully submitted,

                                              By: <u>Beth Ann Muhlhauser</u>
                                              BETH ANN MUHLHAUSER, ESQUIRE
                                              Asst. Federal Public Defender
                                              Attorney ID #PA 74181
                                              100 Chestnut Street, Suite 306
                                              Harrisburg, PA 17101
                                              Tel. No. (717) 782-3843
                                              Fax. No. (717) 782-3966
                                              Email: Beth_Muhlhauser@fd.org
                                              Attorney for Michael Manley

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MANLEY, | : | |
|     Petitioner | : | CIVIL DOCKET: 1:07-CV-00472 |
| | : | |
|   v. | : | CAPITAL HABEAS |
| | : | |
| CARL C. DANBERG, Commissioner, | : | |
| Delaware Department of Correction; and | : | JUDGE GREGORY M. SLEET |
| THOMAS L. CARROLL, Warden, | : | |
| Delaware Correctional Center at Smyrna, | : | **Electronically Filed** |
|     Respondents | : | |

**ORDER**

And Now this ____ day of January, 2008, upon consideration of Petitioner's *Motion for an Additional Thirty Days in Which to File His Petition for a Writ of Habeas Corpus,* and the position of Respondents with respect to this *Motion*, it is hereby ORDERED:

1. Petitioner's Motion is granted.

2. Counsel are ordered to file a petition for writ of habeas corpus relief within thirty days of the date of this order.

 

_____
Gregory M. Sleet, J.