IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MANLEY, | : | CIVIL ACTION |
| Petitioner, | : | No. 1:07-CV-00472 |
| v. | : | **THIS IS A CAPITAL CASE.** |
| CARL C. DANBERG, Commissioner, Delaware Department of Correction; and THOMAS L. CARROLL, Warden, Delaware Correctional Center at Smyrna, Respondents | : | GREGORY M. SLEET, USDJ |

**PETITIONER'S MOTION FOR LEAVE TO FILE CONSOLIDATED
PETITION FOR WRIT OF HABEAS CORPUS AND MEMORANDUM
OF LAW IN EXCESS OF PAGE LIMIT**

Petitioner, Michael Manley, through counsel, hereby respectfully moves for leave to file his Consolidated Petition for a Writ of Habeas Corpus and Memorandum of Law in excess of the page limit set forth in Local Civil Rule 7.1.3(a)(4). In support of this *Motion*, Petitioner states as follows:

1. This is a capital habeas corpus proceeding.

2. Petitioner's *Consolidated Petition for Writ of Habeas Corpus by a Prisoner in State Custody and Memorandum of Law* is 250 pages.

3. While the Local Civil Rules do not provide for a page limit on a Petition for Writ of Habeas Corpus, the Local Civil Rule 7.1.3(a)(4) does have a 40 page limit for a Memorandum in support of a Motion. Because Petitioner is filing a consolidated petition and memorandum, in an exercise of caution, Petitioner herein requests leave to file in excess of the page limit.

4. Counsel have endeavored to concisely present Petitioner's claims and arguments in this capital habeas case. However, because of the number of claims (28), and the need to discuss the

substantive and procedural aspects of each of those claims as well as the standards and application of 28 U.S.C. § 2254 to this Court's consideration of those claims, Petitioner has demonstrated, at a minimum, good cause for exceeding the page limit.[1]

5.  Counsel have endeavored to concisely present Petitioner's arguments, and requests this length extension in order to allow proper discussion of Petitioner's claims.

6.  Pursuant to D. Del. LR 7.1.1, counsel has contacted counsel for Respondents, Deputy Attorney General Loren C. Myers, and left a message seeking agreement in this *Motion*. As of the time of filing, counsel has not yet heard back from Respondents on this request.

7.  Pursuant to D.Del. LR 16.4(b), counsel hereby certifies that a copy of this *Motion* has been sent to Petitioner.

---

[1] Other jurisdictions in this Circuit provide for larger page limits for habeas petitions and the memorandum of law in support of those petitions and also provide that the limit may be exceeded if the petitioner demonstrates "good cause." See U.S.D.C. Rules, MD Pa. LR 83.32.2.D. ("The petition/motion and memorandum together must not exceed 100 pages"); id. 83.32.2.H. ("Upon motion and for good cause shown, the judge may extend the page limits for any document"); U.S.D.C. Rules, ED Pa., Civil Rule 9.4(4) ("The petition/motion and memorandum together must not exceed 150 pages"); id. Rule 9.4(8) ("Upon motion and for good cause shown the judge may extend the page limits for any document"); U.S.D.C. Rules, WD Pa LR 9.4.D ("The petition/motion and memorandum together must not exceed 150 pages"); id. LR 9.4.H ("Upon motion and for good cause shown, the judge may extend the page limits for any document"); D.N.J., L.Civ.R. 81.3(e) (" The petition/motion and brief together must not exceed 100 pages"); id. 81.3(I) ("Upon motion (with notice to all adverse parties) and for good cause shown, the Judge may extend the page limits for any document").

WHEREFORE, Petitioner respectfully requests that his motion be granted. A proposed order is attached.

                                                    Respectfully submitted,

Date:   February 5, 2008            s/ Anne L. Saunders
                                                    ANNE L. SAUNDERS, ESQUIRE
                                                    Asst. Federal Public Defender
                                                    Attorney ID #PA 48458
                                                    BETH ANN MUHLHAUSER, ESQUIRE,
                                                    Asst. Federal Public Defender
                                                    Attorney ID #PA 74181
                                                    100 Chestnut Street, Suite 306
                                                    Harrisburg, PA 17101
                                                    Tel. No. (717) 782-3843
                                                    Fax No. (717) 782-3966
                                                    (Anne_Saunders@fd.org)
                                                    (Beth_Muhlhauser@fd.org)

                                                    Attorneys for Michael Manley

CERTIFICATE OF SERVICE

I, Beth A. Muhlhauser, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing via ECF and by placing a copy in the United States mail, first class, in Harrisburg, Pennsylvania, addressed to the following:

> Loren C. Meyers, Esquire
> Deputy Attorney General
> 820 North French Street,
> 7th Floor
> Wilmington, DE 19801

Date: February 5, 2008

Respectfully submitted,

By: Beth Ann Muhlhauser
BETH ANN MUHLHAUSER, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 74181
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax. No. (717) 782-3966
Email: Beth_Muhlhauser@fd.org
Attorney for Michael Manley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MANLEY, | : | CIVIL ACTION |
| Petitioner, | : | No. 1:07-CV-00472 |
| v. | : | **THIS IS A CAPITAL CASE.** |
| CARL C. DANBERG, Commissioner, Delaware Department of Correction; and THOMAS L. CARROLL, Warden, Delaware Correctional Center at Smyrna, Respondents | : | GREGORY M. SLEET, USDJ |

**ORDER**

And Now this _____ day of February, 2008, upon consideration of Petitioner's *Motion for Leave to File Consolidated Petition for Writ of Habeas Corpus by a Prisoner in State Custody and Memorandum of Law in Excess of Page Limit*, it is hereby ORDERED that the Motion is GRANTED.

_____
Gregory M. Sleet, USDJ