IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL MANLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. 07-472-GMS |
| ) | |
| CARL DANBERG, Commissioner, ) | CAPITAL HABEAS |
| Delaware Department of Correction; and ) | |
| THOMAS L. CARROLL,[1] Warden, ) | |
| Delaware Correctional Center, ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' RESPONSE TO PETITIONER'S MOTION TO STAY**

Respondents do not oppose Petitioner's motion to stay the instant matter pending resolution of his pending Rule 61 motion for post-conviction relief filed in New Castle County Superior Court on January 25, 2008.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, ID # 3869
Elizabeth R. McFarlan, ID # 3759
Deputy Attorneys General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398
Counsel for Respondents

Dated: February 8, 2008

---

[1] Perry Phelps became Warden of the Delaware Correctional Center effective January 7, 2008.

**CERTIFICATION OF SERVICE**

The undersigned certifies that on February 8, 2008, he electronically filed the attached *Response to Motion to Stay* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participants:

    Anne L. Saunders, Esq.
    Beth Ann Muhlhauser, Esq.
    Assistant Federal Defenders
    100 Chestnut Street, Suite 306
    Harrisburg, PA  17101
    Attorneys for Michael Manley

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398