## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MICHAEL MANLEY, | : | CIVIL ACTION |
|  | : |  |
| Petitioner, | : | No. 1:07-CV-00472 |
|  | : |  |
| v. | : | **THIS IS A CAPITAL CASE.** |
| CARL C. DANBERG, Commissioner, | : |  |
| Delaware Department of Correction; and | : | GREGORY M. SLEET, USDJ |
| THOMAS L. CARROLL, Warden, | : |  |
| Delaware Correctional Center at Smyrna, | : |  |
| Respondents | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

### ORDER

And Now this 8th day of February, 2008, upon consideration of Petitioner's *Motion for Leave to File Consolidated Petition for Writ of Habeas Corpus by a Prisoner in State Custody and Memorandum of Law in Excess of Page Limit*, it is hereby ORDERED that the Motion is GRANTED.

_____
Gregory M. Sleet, USDJ

F I L E D

FEB – 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE