UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL MANLEY, | CIVIL DOCKET: 1:07-CV-00472 |
| Petitioner, | |
| | CAPITAL HABEAS |
| v. | CHIEF JUDGE GREGORY M. SLEET |
| CARL C. DANBERG, Commissioner, Delaware Department of Correction; and THOMAS L. CARROLL, Warden, Delaware Correctional Center at Smyrna, | **Electronically Filed** |
| Respondents. | |

### ORDER

And Now, this 11th day of February, 2008 upon consideration of Petitioner's *Motion to Stay the Federal Proceedings to Permit Petitioner's Counsel to Forthwith Exhaust Claims in State Court*, it is hereby ORDERED:

1.  Petitioner's Motion is GRANTED.

2.  Petitioner, Michael Manley's Consolidated Petition for Writ of Habeas Corpus by a Prisoner in State Custody and Memorandum of Law is STAYED pending exhaustion of state remedies of his unexhausted claims.

3.  Counsel are ordered to forthwith exhaust all claims in the state courts and notify the Court within thirty days of the final disposition of the state court litigation.

_____
Gregory Sleet, USDJ



FILED

FEB 11 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE