## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MANLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07-472-GMS |
| | ) | |
| PERRY PHELPS, Commissioner, | ) | |
| Delaware Department of Correction; and | ) | |
| Dana METZGER, Warden, James T. | ) | |
| Vaughn Correctional Center at Smyrna, | ) | |
| ATTORNEY GENERAL OF THE STATE | ) | |
| OF DELAWARE | ) | |
| Respondents. | ) | |

## **JOINT STATUS REPORT**

The parties file this Joint Status Report pursuant to this Court's August 1, 2018, Order.

1.  On August 14, 2007, the Capital Habeas Unit of the Federal Defender Office for the District of Delaware was appointed pursuant to 18 U.S.C. § 3599(a)(2) to represent Petitioner Michael R. Manley for the purpose of preparing and filing a habeas corpus petition.

2.  On January 25, 2008, state post-conviction counsel, Christopher Koyste, Esquire, filed Mr. Manley's *Motion for Postconviction Relief Pursuant to Superior Court Criminal Rule 61, and Consolidated Memorandum of Law*.

3.  On February 5, 2008, Mr. Manley filed a *Consolidated Petition for Writ of Habeas Corpus by a Prisoner in State Custody and Memorandum of Law*.

4. On February 11, 2008, this Court granted Mr. Manley's *Motion to Stay the Federal Proceedings and Permit Petitioner's Counsel to Forthwith Exhaust Claims in State Court*.

5. Undersigned counsel moved for admission *pro hac vice* to represent Mr. Manley in his state post-conviction proceedings on March 3, 3008, and that motion was granted by the Superior Court of Newcastle County on March 12, 2008.

6. On May 28, 2008 and June 25, 2008, Mr. Manley filed amendments to his Rule 61 petition. After additional filings, evidentiary hearing proceedings were conducted on November 28-December 9, 2011; March 20, 2012; April 18 and 19, 2012; June 22, 2012; and July 6, 2012. Additional amendments were filed on January 4, 2013, and January 19, 2013.

7. On May 29, 2014, the Superior Court issued its opinion denying relief. Mr. Manley filed a timely Notice of Appeal to the Delaware Supreme Court on June 25, 2014.

8. Mr. Manley filed his opening brief on February 27, 2015. On May 8, 2015, Mr. Manley filed an *Unopposed Motion to Stay the Proceedings Pending the Supreme Court's Adjudication of Hurst v. Florida*. The Delaware Supreme Court granted this motion and stayed the proceedings.

9. On August 2, 2016, the Delaware Supreme Court struck down 11 *Del. C.* § 4209 as unconstitutional in light of *Hurst v. Florida*. *See Rauf v. State*, 145 A.3d 430 (Del. 2016). On December 15, 2016, the Delaware Supreme Court determined that *Rauf* applied retroactively to capital sentenced prisoners in Delaware. *Powell v. State*, 153 A.3d 69 (Del. 2016).

10. On December 20, 2016, the Delaware Supreme Court issued a new briefing schedule. Briefing was completed on August 1, 2017. After oral argument, the Delaware Supreme Court affirmed the Superior Court's denial of relief on October 20, 2017.

11.     Mr. Manley filed a *Motion to Vacate Death Sentence* on November 21, 2017. The State filed its Response on December 8, 2017.  Mr. Manley filed his Reply to the State's Response on December 13, 2017.

12.     On February 28, 2018, the Superior Court denied Mr. Manley's *Motion to Vacate*.

13.     On March 13, 2018, the Superior Court modified Mr. Manley's death sentence to life without parole.  A timely Notice of Appeal was filed on March 29, 2018.

14.     On July 9, 2018, Mr. Manley filed his Opening Brief in the Delaware Supreme Court.  The State filed its Answering Brief on August 1, 2018.  Mr. Manley filed a Reply to the State's Answer on August 17, 2018.

15.     Mr. Manley's case remains pending before the Delaware Supreme Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Beth Ann Muhlhauser | /s/ Elizabeth R. McFarlan |
| Beth Ann Muhlhauser (PA No. 74181) | Elizabeth McFarlan (No. 3759) |
| Beth_Muhlhauser@fd.org | Elizabeth.McFarlan@state.de.us |
| Assistant Federal Public Defender | Chief of Appeals |
| Middle District of Pennsylvania | Maria T. Knoll (No. 3425) |
| Capital Habeas Unit | Maria.Knoll@state.de.us |
| 100 Chestnut St., Suite 300 | Deputy Attorney General |
| Harrisburg, PA 17101 | Delaware Department of Justice |
| (717) 782-3843 | 820 North French Street, 7th Floor |
| | Carvel State Building |
| | Wilmington, DE 19801 |
| | (302) 577-8500 |
| Counsel for Petitioner | Counsel for Respondents |

Dated: August 22, 2018